# ALABAMA COURT OF CRIMINAL APPEALS



December 12, 2025

**CR-2025-0353**

Lorenzo Rainer v. State of Alabama (Appeal from Montgomery Circuit Court: CC-20-637 and CC-21-1523)

## <u>NOTICE</u>

You are hereby notified that on December 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk